UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL MENESES, ) | |
| ) | 3:06-cv-00295-RCJ-VPC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WILLIAM DONAT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration are Plaintiff's and Defendants' Objections to the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (Docket nos. 29 and 30). Magistrate Judge Cooke entered her Report and Recommendation on August 6, 2007 (Docket no. 28), recommending that Defendant's Motion to Dismiss (Docket no. 19) be granted in part and denied in part.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, and accepts the Report and Recommendation of Magistrate Judge Cooke.

IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (Docket no. 28) is ACCEPTED, and Plaintiff's and Defendants' Objections (Docket nos. 29 and 30) are overruled.

DATED:  November 20, 2007

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE